IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RICHARD ENGLAND,

      Appellant,

                              Case No.  5D22-222
v.                            LT Case No. 2003-035769-CFAES

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed October 25, 2022

Appeal from the Circuit Court
for Volusia County,
James R. Clayton, Judge.

Philip J. Massa, of Philip J. Massa, P.A.,
West Palm Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock McGuigan,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

     AFFIRMED.


EVANDER, EISNAUGLE and HARRIS, JJ., concur.